**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KENNETH B. QUANSAH, Jr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DEL CORONADO APARTMENTS; et al., <br><br> Defendants-Appellees. | No. 17-16244 <br><br> D.C. No. 5:16-cv-05667-EJD <br><br> MEMORANDUM* |

Appeal from the United States District Court
for the Northern District of California
Edward J. Davila, District Judge, Presiding

Submitted December 18, 2017**

Before:    WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

Kenneth B. Quansah, Jr. appeals pro se from the district court's judgment

dismissing his action for failure to effect proper service of the summons and

complaint under Federal Rule of Civil Procedure 4(m). We have jurisdiction under

28 U.S.C. § 1291. We review for an abuse of discretion, *Oyama v. Sheehan (In re*

---

\*     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Sheehan)*, 253 F.3d 507, 511 (9th Cir. 2001), and we affirm.

The district court did not abuse its discretion by dismissing Quansah's action because Quansah failed to effect proper service of the summons and complaint and did not demonstrate good cause for failing to serve properly, despite being given notice and an opportunity to do so. *See* Fed. R. Civ. P. 4(m) (outlining requirements for proper service, and explaining that district court may dismiss an action for failure to serve "after notice to the plaintiff"); *In re Sheehan*, 253 F.3d at 512 (discussing Rule 4(m)'s "good cause" standard).

Quansah's request for attorney's fees, set forth in his opening brief, is denied.

**AFFIRMED.**